# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| INTELLECTUAL VENTURES II LLC, | |
| Plaintiff, | Civil Action No. 13-1637 (LPS) |
| v. | JURY TRIAL DEMANDED |
| UNITED STATES CELLULAR CORPORATION, | |
| Defendant. | |

## PLAINTIFF INTELLECTUAL VENTURES II LLC'S
## AMENDED NOTICE OF APPEAL

On September 22, 2017, Plaintiff Intellectual Ventures II LLC ("Intellectual Ventures") previously noticed an appeal in this case within 30 days of the Court's August 23, 2017, summary judgment order, to avoid any future dispute regarding the timeliness of appeal (D.I. 584).

Intellectual Ventures respectfully submits this amended notice of its appeal to the United States Court of Appeals for the Federal Circuit. Intellectual Ventures appeals from the District Court's October 4, 2017, Judgment (D.I. 587) and all findings, holdings, rulings, conclusions, determinations, opinions, claim constructions, and orders leading thereto or merged therein, including but not limited to (1) the District Court's August 23, 2017, memorandum opinion and order finding certain claims of U.S. Patents Nos. 5,339,352 and 6,115,737 invalid under 35 U.S.C. § 101 (D.I. 570-71); (2) the Court's March 24, 2015, claim construction memorandum opinion and order (D.I. 221-22); and (3) the Court's December 30, 2016, memorandum opinion and order granting United States Cellular Corporation's motion for judgment on the pleadings (D.I. 487-88).

This notice of appeal is timely under Federal Rule of Appellate Procedure 4(a)(1)(A) because it is being "filed with the district clerk within 30 days after entry of the judgment or order appealed from."

Intellectual Ventures previously submitted the required filing fee of $505 and respectfully requested the district clerk to prepare the record on appeal pursuant to Federal Rule of Appellate Procedure 10(a).  (D.I. 584.)  Intellectual Ventures will order from the court reporter a transcript of such parts of the proceedings not already on file as the appellant considers necessary, as required by Federal Rule of Appellate Procedure 10(b)(1)(A).

DATED:  October 10, 2017            Respectfully submitted,

FARNAN LLP

 /s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 777-0300
(302) 777-0301 (Fax)
bfarnan@farnanlaw.com

Martin J. Black (*pro hac vice*)
DECHERT LLP
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
(215) 994-4000
martin.black@dechert.com

Jeffrey B. Plies (*pro hac vice*)
DECHERT LLP
300 W. 6th Street, Suite 2010
Austin, TX 78701
(512) 394-3000
jeffrey.plies@dechert.com

Justin F. Boyce (*pro hac vice*)
DECHERT LLP
2440 W. El Camino Real, Suite 700
Mountain View, CA 94040-1499
(650) 813-4800
justin.boyce@dechert.com

*Counsel for Plaintiff Intellectual Ventures II LLC*